UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
OCT 1 2 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Allvoice Computing PLC, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-02-4471 |
| | § | |
| Scansoft, Inc., | § § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Defendant Scansoft, Inc. has moved to adjourn the trial in this matter, currently scheduled for November 7, 2005, pending resolution of issues regarding claim construction. After considering the parties' filings, the Court hereby **GRANTS** Scansoft's motion. The trial is hereby adjourned until a date to be fixed at a later scheduling conference.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 11th day of October, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.