United States Courts
Southern District of Texas
ENTERED

OCT 13 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Allvoice Computing PLC,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-02-4471 |
| § | |
| **Scansoft, Inc.,** § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

In this patent infringement case, each party has submitted a claim construction brief urging the Court to adopt the party's preferred interpretation of the patent at issue. The Court-appointed expert, Mr. Paul M. Janicke issued a report on August 31, 2005 and updated that report on September 14, 2005. After considering the parties' briefs, Mr. Janicke's original and updated reports, and the arguments of the parties at the claim construction hearing held September 14, 2005, the Court hereby adopts in its entirety Mr. Janicke's report and the claim construction advanced therein.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 13th day of October, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.