UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **AllVoice Computing PLC,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. H-02-4471** |
| | § | |
| **ScanSoft, Inc.,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant ScanSoft, Inc.'s unopposed motion to amend caption. That motion, Docket No. 208, is hereby **GRANTED**. The Clerk of the Court is hereby **ORDERED** to amend the caption of this case to read "AllVoice Computing PLC, Plaintiff, vs. Nuance Communications, Inc., Defendant."

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of December, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.